

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2021

No. 04-20-00212-CR

Felipe **NEGRETE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-05-13279-CR
Honorable Camile Glasscock Dubose, Judge Presiding

## O R D E R

Appellee's motion for an extension of time to file its brief is GRANTED. Appellee's brief was filed on **February 22, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court